SALVATORE DON SUPPA v. TEACHERS' PENSION
AND ANNUITY FUND.

January 17, 1989.

Petition for certification denied.

EILEEN DEVIVO v. MICHAEL ASCHER, ET AL.

January 17, 1989.

Petition for certification denied.   (See 228 *N.J.Super.* 453)

STATE OF NEW JERSEY v. RICHARD G. POVER.

January 17, 1989.

Petition for certification denied.

JOSE AND ESTELLA DURRUTHY v. ALEXANDER BRUNERT.

January 17, 1989.

Petition for certification denied.   (See 228 *N.J.Super.* 199)